# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NOE BOBADILLA,<br><br>　　　　Defendant. | Case No. 1:25-po-00194-SAB-1<br><br>ORDER REGARDING REFUND<br><br>(ECF Nos. 3, 4) |

On November 5, 2025, Plaintiff United States of America commenced this petty offense proceeding regarding a citation that was issued to Defendant Noe Bobadilla for violation of federal regulations. (ECF No. 1 (Violation No. F5528938).) Defendant was directed to pay $330.00. (Id.) On November 20, 2025, the United States moved to dismiss the violation in the interest of justice, which the Court granted. (ECF No. 4.) However, on November 21, 2025, Defendant made a payment in full. (ECF No. 3.)

In light of the dismissal, IT IS HEREBY ORDERED that Defendant Noe Bobadilla be refunded in the amount of $330.00.

IT IS SO ORDERED.

Dated: **November 24, 2025**

　　　　　　　　　　　　　　　　　　　　　
STANLEY A. BOONE
United States Magistrate Judge

1